Leon Breslin, Respondent, v. Star Company, Appellant.— Motion denied, without costs.   Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Delia Doherty, as Administratrix, etc., Appellant, v. Dickson & Turnbull, a Corporation, Respondent.— Motions denied, without costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Maria Foster, Respondent, v. Anna M. Kenny and Others, Defendants. Neal D. Becker, as Executor, etc., Appellant.— Motion for stay of proceedings in the action for partition denied.   Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Lillius Grace, Appellant, v. Town of North Hempstead, Respondent.— Motion granted, without costs.   Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

John I. Howe, Jr., Plaintiff, v. Gustav A. Gubitz and Others, Defendants.— Motion for stay granted on condition that defendants perfect the appeal, place the case on the calendar for April 5, 1915, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Isaac S. Israelson, Respondent, v. Harry Pushae Williams, Appellant.— Motion denied on the ground that leave to appeal to the Court of Appeals is unnecessary.   Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

In the Matter of the Accounting of John Oscar Ball, as Trustee, etc., of Mary Caulfield, Deceased, etc.— Motion denied.   Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

In the Matter of the Application of John A. Caulfield and Another for the Removal of John Oscar Ball as Testamentary Trustee, etc., of Mary Caulfield, Deceased.— Motion to dismiss appeal denied, without costs and without prejudice to a renewal of this application if the appeal to the Court of Appeals in the matter of the accounting proceedings of John Oscar Ball is not diligently prosecuted.   Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

In the Matter of the Application of the City of New York Relative to Acquiring Title, etc., to the Lands, etc., Required for Opening and Extending Woodbine Street, etc.— Motion to dismiss appeal denied.   Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

In the Matter of the Application of John T. Duffy for Admission to the Bar.— Application granted.   Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

In the Matter of the Application of Emory James Hyde for Admission to the Bar.— Submit evidence as to the highest court of law in the State of Texas, and that applicant has practiced law therein for five years.   This evidence should be by a certificate from a judge of said court.   See rule 2 of the Court of Appeals,* and rule 1 of the General Rules of Practice. Present — Jenks, P. J., Burr, Carr, Rich and, Putnam, JJ.

---

* Ct. App. Rules, Admission of Attorneys and Counselors-at-Law, rule 2. —[REP.